BOROUGH HALL-OXFORD TOBACCO CORP., Respondent, v. CENTRAL OFFICE ALARM CO., INC., Appellant.—

Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.

ELIZABETH BOUXSEIN et al., Respondents, v. BERNARD BIALO, Appellant.—

Christ, P. J., Rabin and Benjamin, JJ., concur; Hopkins and Brennan, JJ., dissent and vote to affirm the order.